PER CURIAM.

(No. 6012█

GLICK PRESCRIPTION PHARMACY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed January 9, 1972.*

GLICK PRESCRIPTION PHARMACY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.